AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

Steven W. Krafchick
    Plaintiff,
    v.

Thomas L. Corroll (Warden)
    Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 07-284

FILED MAY 23 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

I, Steven W. Krafchick declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant     ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No (If "No" go to Question 2)

   If "YES" state the place of your incarceration Delaware Correctional Center, Dover, DE.

   **Inmate Identification Number (Required):** 00178856

   Are you employed at the institution? Yes   Do you receive any payment from the institution? Yes

   *Attack a ledger sheet form the institution of your incarceration showing. at least the past six months' transactions*

2. Are you currently employed? ☒ Yes    ☐ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. Between $60.00 & $80.00 dollars a month Delware Correction Center, 1181 Paddock Road, Smyrna, DE 19977.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. N/A

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☒ | ☐ |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive. Monthly gifts from family in the amount of $40.00 a month.

AO 240 (Rev. 10/05)
DELAWARE (Rev. 4/05)

4.  Do you have any cash or checking or saving accounts?  ☐ Yes  ☒ No

    If "Yes" state the total amount $N/A

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

    If "Yes" describe the property and state its value.
    N/A.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.
    None.

    I declare under penalty of perjury that the above information is true and correct.

    _5/21/07_                            _[signature]_ (Pro-se)
    DATE                                 SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have **multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

07-284

TO: Steven Krafchick SBI#: 178856

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: May 2, 2007

FILED
MAY 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of November 1, 2006 to April 30, 2007.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Nov | 20.68 |
| Dec | 66.06 |
| Jan | 97.17 |
| Feb | 112.44 |
| March | 131.95 |
| April | 119.08 |

Average daily balances/6 months: 91.23

Attachments
CC: File

Stacy Shane 5/2/07

Janette Havel 5/2/07

# Individual Statement
## From November 2006 to December 2006

Date Printed: 5/2/2007

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | Beginning Month Balance: | $2.21 |
|---|---|---|---|---|---|---|---|
| 00178856 | Krafchick | Steven | | | | Ending Month Balance: | $28.96 |

Current Location:  D/E      Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 11/1/2006 | $59.58 | $0.00 | $0.00 | $61.79 | 339405 | | FS 9/24-10/23/06 | |
| Canteen | 11/1/2006 | ($47.61) | $0.00 | $0.00 | $14.18 | 340890 | | | |
| Canteen | 11/8/2006 | ($13.68) | $0.00 | $0.00 | $0.50 | 344349 | | | |
| Mail | 11/9/2006 | $50.00 | $0.00 | $0.00 | $50.50 | 345044 | 4943565861 | | N. MEYERS |
| Canteen | 11/15/2006 | ($28.23) | $0.00 | $0.00 | $22.27 | 346329 | | | |
| Canteen | 11/22/2006 | ($13.47) | $0.00 | $0.00 | $8.80 | 349384 | | | |
| Canteen | 11/29/2006 | ($8.80) | $0.00 | $0.00 | $0.00 | 351391 | | | |
| Misc Wage | 12/1/2006 | $72.72 | $0.00 | $0.00 | $72.72 | 352394 | | FS 10/24-11/23/06 | |
| Canteen | 12/6/2006 | ($32.07) | $0.00 | $0.00 | $40.65 | 354652 | | | |
| Mail | 12/6/2006 | $60.00 | $0.00 | $0.00 | $100.65 | 355112 | 4943566114 | | N MYERS |
| Canteen | 12/13/2006 | ($34.40) | $0.00 | $0.00 | $66.25 | 358481 | | | |
| Canteen | 12/20/2006 | ($23.93) | $0.00 | $0.00 | $42.32 | 361374 | | | |
| Mail | 12/22/2006 | $15.00 | $0.00 | $0.00 | $57.32 | 362704 | 0859510249 | | R WOOD |
| Canteen | 12/27/2006 | ($28.36) | $0.00 | $0.00 | $28.96 | 364263 | | | |

Ending Month Balance: $28.96

Total Amount Currently on Medical Hold:  $0.00
Total Amount Currently on Non-Medical Hold:  $0.00

Date Printed: 5/2/2007

| SBI | Last Name | First Name | MI | Suffix |
|---|---|---|---|---|
| 00178856 | Krafchick | Steven | | |

**Current Location:** D/E    **Comments:**

# Individual Statement
## From January 2007 to April 2007

**Beginning Month Balance:** $28.96
**Ending Month Balance:** $85.84

Page 1 of 2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 1/2/2007 | $74.34 | $0.00 | $0.00 | $103.30 | 366340 | | FS 11/24-12/23/2006 | |
| Canteen | 1/3/2007 | ($26.46) | $0.00 | $0.00 | $76.84 | 367870 | | | |
| Mail | 1/5/2007 | $60.00 | $0.00 | $0.00 | $136.84 | 369281 | 4964887597 | | N MYERS |
| Canteen | 1/10/2007 | ($24.13) | $0.00 | $0.00 | $112.71 | 370619 | | | |
| Canteen | 1/17/2007 | ($16.74) | $0.00 | $0.00 | $95.97 | 374036 | | | |
| Canteen | 1/24/2007 | ($20.29) | $0.00 | $0.00 | $75.68 | 376430 | | | |
| Canteen | 1/31/2007 | ($24.19) | $0.00 | $0.00 | $51.49 | 380446 | | | |
| Misc Wage | 2/1/2007 | $70.74 | $0.00 | $0.00 | $122.23 | 381013 | | FS 12/24/06-1/23/07 | |
| Canteen | 2/7/2007 | ($24.99) | $0.00 | $0.00 | $97.24 | 383750 | | | |
| Mail | 2/8/2007 | $40.00 | $0.00 | $0.00 | $137.24 | 384511 | 496488515415 | | N MYERS |
| Canteen | 2/13/2007 | ($21.62) | $0.00 | $0.00 | $115.62 | 386676 | | | |
| Canteen | 2/21/2007 | ($21.39) | $0.00 | $0.00 | $94.23 | 390561 | | | |
| Canteen | 2/27/2007 | ($23.63) | $0.00 | $0.00 | $70.60 | 393442 | | | |
| Supplies-MailP | 2/27/2007 | $0.00 | $0.00 | ($6.15) | $70.60 | 393532 | | 2/23/07 | |
| Supplies-MailP | 2/27/2007 | $0.00 | $0.00 | ($5.00) | $70.60 | 393536 | | 2/23/07 | |
| Misc Wage | 3/1/2007 | $78.12 | $0.00 | $0.00 | $148.72 | 394713 | | FS 1/24-2/23/07 | |
| Canteen | 3/7/2007 | ($18.56) | $0.00 | $0.00 | $130.16 | 397424 | | | |
| Mail | 3/8/2007 | $40.00 | $0.00 | $0.00 | $170.16 | 398187 | 565621 5705 | | N MYERS |
| Canteen | 3/14/2007 | ($31.48) | $0.00 | $0.00 | $138.68 | 400321 | | | |
| Canteen | 3/21/2007 | ($21.39) | $0.00 | $0.00 | $117.29 | 402937 | | | |
| Supplies-MailP | 3/22/2007 | ($6.15) | $0.00 | $0.00 | $111.14 | 404525 | | 2/23/07 | |
| Supplies-MailP | 3/22/2007 | ($5.00) | $0.00 | $0.00 | $106.14 | 404526 | | 2/23/07 | |
| Canteen | 3/28/2007 | ($25.58) | $0.00 | $0.00 | $80.56 | 406603 | | | |
| Misc Wage | 4/2/2007 | $69.48 | $0.00 | $0.00 | $150.04 | 408437 | | FS 2/24-3/23/07 | |
| Canteen | 4/4/2007 | ($24.18) | $0.00 | $0.00 | $125.86 | 409901 | | | |
| Mail | 4/10/2007 | $40.00 | $0.00 | $0.00 | $165.86 | 412603 | 565621 5192 | | N MYERS |
| Canteen | 4/11/2007 | ($26.28) | $0.00 | $0.00 | $139.58 | 412946 | | | |
| Canteen | 4/19/2007 | ($28.93) | $0.00 | $0.00 | $110.65 | 416844 | | | |
| Canteen | 4/24/2007 | ($24.81) | $0.00 | $0.00 | $85.84 | 419614 | | | |

Date Printed: 5/2/2007

# Individual Statement
## From January 2007 to April 2007

Ending Month Balance: $85.84

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00