To:  Clerk of the District Court of Delaware
     J. Caleb Boggs Building
     844 King Street                              Civil Action No.
     Locker Box 18
     Wilmington, DE 19801
     (302) 573-6170

From: Steven W. Krafchick (Pro-se)
      SBI# 00178856
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, Delaware 19977                      0 7 - 2 8 4
      Petitioner.

Dated: May 21, 2007

RE:  Filing of Petitioner's memorandum of points and authorities

     in support of a 28 § 2254 writ of habeas corpus.



To Whom It May Concern:

     I, Steven W. Krafchick (Petitioner) in the above matter for a writ of habeas corpus pursuant to

Federal Rules 28 § 2254.

     Hereby respectfully request additional time and a briefing schedule of when the petitioner's

memorandum of points and authorities are to be completed and file in this Court.

     The petitioner has filed the following in this Court:

1)  Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus.

2)  Application to Proceed without prepayment of fees and affidavit.

     If there is any additional information that might be required by this Court to proceed in this manner,

the petitioner would expedite any papers or motions that this Court may need that would allow this type of

action to be permitted in this particular circumstance.

                                        Respectfully submitted,

                                        Steven W. Krafchick (Pro-se)
                                        SBI# 00178856
                                        Delaware Correctional Center
                                        1181 Paddock Road
                                        Smyrna, Delaware 19977