To:   Office of the Clerk
      United States District Court
      844 N. King Street, Lockbox 18
      Wilmington, Delaware 19801-3570          Case No. 07-284-GMS

From: Steven W. Krafchick
      SBI# 00178856
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, Delaware 19977

Dated: July 9, 2007

RE:   Correction on original petition filed with the
      Court and petitioner's (AEDPA) election form
      wishing to amend his petition and memorandum of
      point of authorities.



To the Clerk of the District Court,

Please accept this formal notice in the correction of the petitioner's original petition. The petitioner after reviewing his original petition which was filed with the Court on 5/30/2007 inadvertently had a typographical error on the front page of the petition.

This honest mistake was not noticed earlier by the petition, if it had been, it would have been corrected before the filing of the petitioner's original filing. The petitioner has submitted a corrected copy of the corrected fault that occurred on page # 2 of the petition at 2. (a), (b) where the year should have been 2002 and not that of 2006.

In addition to the correction of the petitioner's original petition, the petitioner wishes to amend his memorandum of points and authorities in support of his 28 § 2254 petition. In accordance with (AEDPA) election form and Rules of Civil Procedures 15 (a).

- 2 -

The petitioner declares that the information provided in this notice is true and correct under the penalty of perjury, and humbly request that this correction be submitted to the Court at the earliest convenience of the Clerk.

WHEREFORE, this is the petitioner's notice of correction to his original filing of his 28 § 2254 petition, and his notice to amend his memorandum of points and authorities pursuant to (AEDPA) election form and that of Rules of Civil Procedures 15 (a).

Respectfully submitted,

Steven W. Krafchick
SBI# 00178856
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Rev.12/04 AO 241                                                                                                    Page2

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District: **Delaware** |
|---|---|
| Name (under which you were convicted): **Steven W. Krafchick** | Docket or Case No: 07-284-GMS |
| Place of Confinement: **Delaware Correctional Center** | Prisoner No: **00178856** |

*Petitioner* (including the name under which you were convicted)

**STEVEN W. KRAFCHICK**   V.

*Respondent* (authorized person having custody of petitioner)

**THOMAS L. CARROLL (Warden)**

The Attorney General of the State of Delaware: **Mr. Joseph R. Biden, III**

**PETITION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

    **Delaware Superior Court, 500 King Street, Wilmington, Delaware 19801**

    (b) Criminal docket or case number (if you know): **#0101010946**

2. (a) Date of the judgment of conviction (if you know): **2/13/2002**

    (b) Date of sentence: **2/13/2002**

3. Length of sentence: **40 years level V incarceration & 6 months of level II probation.**

4. In this case, were you convicted on more than one count or more than one crime?   ☒ Yes   ☐ No

5. Identify all crimes of which you were convicted and sentence in this case:

    **Murder 2nd degree & Possession of a Deadly Weapon during the Commission of a Felony.**

6. (a) What was your plea? (Check one)

    ☐ (1) Not guilty          ☐ (3) Nolo contender (no contest)

    ☒ (2) Guilty              ☐ (4) Insanity plea



07cv284GMS
FILED
JUL 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IM Steven W. Kroschick
SBI# 478856  UNIT D/E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

WILMINGTON DE 197
08 JUL 2007 PM 2 L

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570

Civil Action No. 07-284-GMS