D.I. # _____

# CIVIL ACTION
# NUMBER: _____07cv284_____

U.S. POSTAL SERVICE
REGISTERED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.99 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.79 |

Sent To: WARDEN TOM CARROLL
DELAWARE CORRECTIONAL CENTER
Street, Apt. No.; or PO Box No.: 1181 PADDOCK RD.
City, State, ZIP+4: SMYRNA, DE 19977

7003 1680 0002 2585 9196

PS Form 3800, June 2002   See Reverse for Instructions