# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN W. KRAFCHICK, ) | |
|    Plaintiff, ) | |
| ) | Civ. A. No. 07-284-GMS |
| v. ) | |
| ) | |
| THOMAS L. CARROLL, ) | |
|    Defendant. ) | |

FILED JUL 23 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## MOTION FOR ENLARGEMENT OF TIME

PURSUANT TO Rule 6 (b), Federal Rules of Civil Procedure, Petitioner respectfully request an extension of time to file his (memorandum of points and authorities) in support of his 28 § 2254 petition. The petitioner believes, that his filing of his corrected copy of his application with his election form being returned at the same time was misconstrued, and was received by the clerk as the petitioner was satisfy with what he had already filed with the court, and wish the court to make further inquiry into the petitioner's 2254 contentions. This is not what the petitioner was implying, he simple wanted the court to be made aware that (the wrong dates) had been inadvertently entered by the petitioner, and not that the corrected copy was in (any way) the final draft or the only thing the petitioner meant to amend, this was sent with the election form as a courtesy and was not meant to insinuate that the petitioner's petition and (memorandum of points and authorities) that has not yet been submitted, were ready to be reviewed by the defendant's or this court.

The petitioner believed that, he still had 30 days in which to ask the court for an enlargement of time to file his amended petition and (memorandum of points and authorities). If the petitioner has inadvertently made a critical mistake, he would respectfully ask the court to allow him to withdraw his petition at this time (without prejudice), so that he may, (re-file his petition and his memorandum of points and authorities) on this court in a timely manner. If this situation can be rectified in time, the petitioner would respectfully request an order for the enlargement of time so that the petitioner may prepare his petition and (memorandum of points and authorities) so that all his contentions may be addressed by the defendant's and that the court would have all the petitioner's contentions before making it's ruling in this case. The grounds that this court may wish to consider in considering this request are the following: 1) the petitioner only has certain times he is allowed to utilizes the law library resources, 2) the petitioner is also hindered by the unexpected disruptions by the prison that currently affect the petitioner's law library time, 3) the petitioner does not have the accessibility to all the research material's due to other occupants utilizing the same law library at the same time. Therefore, the petitioner would respectfully ask this court for an order granting the petitioner additional time and a enlargement of time in the amount of (30 to 60) days to prepare and file his (amended petition and memorandum of points and authorities), and would also respectfully ask what the court has decided on the rest of this request, so as not to prejudice the petitioner any further then he has already been in this proceeding. Thank you.

Dated: July 18, 2007

                                                                   Steven W. Krafchick (Pro-se)
SBI# 00178856
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

## CERTIFICATE OF SERVICE

I, Steven W. Krafchick hereby certify that I have served a true and correct copy(ies) of the attached (motion for enlargement of time to file) upon the following parties/persons:

To:     Office of the Clerk
        United States District Court
        844 N. King Street, Lockbox 18
        Wilmington, Delaware 19801-3570

BY PALCING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correction Center, Smyrna, Delaware 19977.

On this 18 day of July, 2007

                                                Steven W. Krafchick (Pro-se)
                                                SBI# 00178856
                                                Delaware Correctional Center
                                                1181 Paddock Road
                                                Smyrna, Delaware 19977

I/M Steven W. Fredchick
SBI# 128856    UNIT D/E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

*Legal Mail

WILMINGTON DE 197
20 JUL 2007 PM 2 L

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570