IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN W. KRAFCHICK, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-284-GMS |
| ) | |
| THOMAS CARROLL, Warden, ) | |
| and JOSEPH R. BIDEN III, ) | |
| Attorney General of the State of ) | |
| Delaware, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

At Wilmington this 26th day of July, 2007;

IT IS ORDERED that:

1. Petitioner Steven W. Krafchick's motion for an extension of time to file an amended § 2254 petition is GRANTED. (D.I. 13.) Krafchick shall file his amended petition no later than August 27, 2007.

2. In light of the foregoing, the State shall disregard the "45 day" time-frame for filing an answer to Krafchick's original petition as referenced in the court's order dated July 16, 2007. *See* (D.I. 8.) Instead, the State shall not file an answer to Krafchick's amended petition until so ordered by the court.

3. The clerk shall serve a copy of this order and Krafchick's motion for an extension of time (D.I. 13.) upon: (1) the above-named Warden of the facility in which Krafchick is housed;

and (2) the Attorney General of the State of Delaware.

    4. The clerk shall mail a copy of this order to Krafchick.

_____
UNITED STATES DISTRICT JUDGE



FILED

JUL 2 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE