To:  Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

Civ. A. No. 07-284-GMS

From: Steven W. Krafchick
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Dated: August 17, 2007

RE:  (Docket Sheet)
---

To Whom It May Concern:

I'm writing to obtain a docket sheet for the civil case which is currently before this court. I filed a (motion for enlargement of time) on July 18, 2007 and still not know the status of what the court decision is. I am currently working diligently on my "points and authorities" in support of my 2254 petition.

The petitioner has been granted *in forma pauperis status;* therefore should waive any unforeseen cost to obtain the docket sheet in question. As the petitioner wants to make sure that he doesn't miss any filing dates or any other unforeseen directions from the court at this time. Thank you.

FILED
AUG 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sincerely,

Steven W. Krafchick
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

I/M Steven W. Kresevick
SBI# 178856    UNIT D/E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
21 AUG 2007 PM 2 T

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570