**D.I. #** _____

## CIVIL ACTION
## NUMBER: _____  07-284 (Gms)

U.S. POSTAL SERVICE
REGISTERED MAIL RECEIPT(S)

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 4.60 | |
| Certified Fee | 2.65 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | 2.15 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 9.40 | 07-284 Gms |

Sent To WARDEN TOM CARROLL
DELAWARE CORRECTIONAL CENTER
Street, Apt. No.; or PO Box No. 1181 PADDOCK RD.
City, State, ZIP+4 SMYRNA, DE 19977

PS Form 3800, June 2002                    See Reverse for Instructions

7003 1680 0002 2585 9431