D.I. #_____

# CIVIL ACTION
# NUMBER: 07-284 (GMS)

U.S. POSTAL SERVICE
REGISTERED MAIL RECEIPT(S)

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage              $  4.60
Certified Fee           2.65
Return Receipt Fee      2.15
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees $  9.40        07-284 GMS

Sent To     LOREN MEYERS
            DEPUTY ATTORNEY GENERAL
Street, Apt. No.;  DEPARTMENT OF JUSTICE
or PO Box No.      820 N. FRENCH STREET
City, State, ZIP+4 WILMINGTON, DE 19801

7005 1820 0004 3173 3758

PS Form 3800, June 2002           See Reverse for Instructions
```