To:    Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-2570

Civil Case No. 07-284-GMS

From:  Steven W. Krafchick
SBI#00178856
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Dated: September 6, 2007

RE:    Docket Sheet



FILED
SEP 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To Whom It May Concern:

I am writing to obtain a current docket sheet for the above civil case number that is presently before this Honorable Court. I sent my points and authorities in support of my 2254 petition along with supporting documentation to the court on August 25, 2007 in accordance with item # 14 the Courts order stating that petitioner's memorandum must be filed no later then August 27, 2007.

If any further information is required for this action, please contact the petitioner at the address below.

Respectfully submitted,

Steven W. Krafchick
SBI#00178856
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

I/M Steven W. Kraftchick
SBI# 178656  UNIT D/E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

*Legal Mail

WILMINGTON DE 197
06 SEP 2007 PM 1 T

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-2570