To:   Clerk of the District Court of Delaware
J. Caleb Boggs Building
844 King Street, Locker Box 18
Wilmington, DE 19801
(302) 573-6170

From: Steven W. Krafchick
SBI# 00178856
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dated: 9/30/2007

RE:   Docket Sheet

Civil Action No. 07-284-GMS



To Whom It May Concern:

Petitioner is writing to obtain a current docket sheet of the civil case that is before the court. On June 11, 2007, Honorable Gregory M. Sleet granted an order allowing the petitioner to proceed in forma pauperis. See: (Item #5 on Docket Report). The petitioner believed that this motion granting in forma pauperis also included any documentation that the petitioner may reasonably need to prosecute his 28 § 2254 petition before this court. If the petitioner is misguided by this assumption, please accept his humble apology. On September 18, 2007, a letter was sent to the petitioner from District Court Clerk (Peter T. Dalleo) stating that a fee of ($.50) cents per page is required for copywork. The petitioner has forwarded a money order for $1.50 to obtain a copy of his docket report. Thank you for your time in this matter.

Sincerely,

Steven W. Krafchick (Pro-se)
Delaware Correction Center
1181 Paddock Road
Smyrna, DE 19977

Steven W. Krafchick
SBI# 00178856
Delaware Correctional Center
181 Paddock Road
Smyrna, DE 19977

Clerk of the District Court of Delaware
J. Caleb Boggs Building
844 King Street, Locker Box 18
Wilmington, DE 19801

WILMINGTON DE 197
18 OCT 2007 PM 3 T

USA First-Class