OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 22, 2007

TO:  Steven W. Krafchick
     SBI #178856
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

     **RE:  *Request for Copywork*; 07-284(GMS)**

Dear Mr. Krafchick:

     A letter has been received by the Clerk's Office from you
requesting a copy of the docket sheet. Enclosed please find the
docket sheet and your receipt, #149297.

     Nothing contained in this letter is intended to express an
opinion as to the merits of any claims which you may be alleging.

                              Sincerely,

/ead                          PETER T. DALLEO
                              CLERK

cc:  The Honorable Gregory M. Sleet
enc: Docket Sheet