IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN W. KRAFCHICK, <br> Plaintiff/Petitioner, <br><br> v. <br><br> THOMAS CARROLL, (Warden), <br> And Joseph R. Biden, III, <br> Attorney General of the State of Delaware, <br> Defendants/ Respondents. | § <br> § <br> §    Civil Action No. 07-284-GMS <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## NOTICE OF SUBSTITUTION OF PARTIES

Comes Now the Plaintiff, Steven W. Krafchick, who gives notice by the Delaware District Court Rule 25 (d) of the substitutions of parties:

1. Defendant Thomas Carroll, Warden of the Delaware Correctional Center, having been promoted to the position of Deputy Commissioner of the Department of Corrections, on or about September 5, 2007, is to be substituted in his official capacity with Elizabeth E. Burris, Acting Warden of the Delaware Correctional Center;

2. Defendant Thomas Carroll, the formal Warden, will remain as a named Defendant for actions in his individual capacity;

3. Future proceeding will have the following named Defendants:

    a. Thomas Carroll, Deputy Commissioner of the Del. Dept. of Corrections
    b. Joseph R. Bidin, III Attorney General of the State of Delaware
    c. Correctional Medical Services (CMS), Medical Provider
    d. The agents that are acting on the behalf of the named Defendants in their official capacity.

Dated: November 5, 2007

Steven W. Krafchick (Plaintiff/Petitioner)
SBI# 00178856
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

FILED
NOV - 7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEVEN W. KRAFCHICK, <br> Plaintiff/Petitioner, <br><br> v. <br><br> THOMAS CARROLL, (Warden), <br> And Joseph R. Biden, III, <br> Attorney General of the State of Delaware, <br> Defendants/ Respondents. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 07-284-GMS |

## ORDER

IT IS HEREBY ORDERED, this _____ day of _____, 200_, That Elizabeth E. Burris is named the substituted party for Thomas Carroll in her official capacity as Acting Warden for the Delaware Correctional Center, and that Thomas Carroll will remain as a defendant in his individual capacity.

It is further ordered that:

_____
_____
_____
_____
_____
_____

SO ORDERED,

_____
Honorable Judge Gregory M. Sleets

## CERTIFICATE OF SERVICE

I, Steven W. Krafchick, hereby certify that I have served a true and correct copy (ies) of the attached **Notice of Substitution of Parties** upon the following parties/person:

To: Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

To: Elizabeth R. McFarlan
Deputy Attorney General
820 N. French Street
Wilmington, Delaware 19801
Del. Bar. ID No. 3759

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail located at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 5th day of the month November, 2007

Steven W. Krafchick (Pro-se)
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977