IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

To:   Mr. Peter T. Dalleo
      Clerk of Court
      United States District Court                    Civil Action No. 07-284-GMS
      844 N. King Street, Lockbox 18
      Wilmington, Delaware 19801-3570

From: Mr. Steven W. Krafchick (Pro-se)
      SBI# 00178856
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, Delaware 19977

Dated: December 3, 2007



RE:   KRAFCHICK v. ELIZABETH E. BURRIS, Acting Warden,
      and JOSEPH R. BIDEN, III, Attorney General of the State of Delaware.
In addition to: States motion for extension of time.


To Whom It May Concern:


   I am writing to find out the status of the States motion for extension of time to file. As of the above date, I have not received any notice from the Court pertaining to this matter. Pursuant to Rule 5 of the Federal Civil Procedures and Rules, the Clerk is to serve on all parties; any pleadings, motions, and shall serve each party with orders from that Court that conforms to the Rules of the Court. Could you please provide me with a copy of any order or directive from either Honorable Gregory M. Sleets or from your office stating whether the States motion for extension of time has been; granted or denied?

     In addition, I have filed four motions with the Court and served a copy of said motions upon the State and the defendants. These motions are respectfully: a motion for Substitution of Parties, Petitioner's Request for Leave of Court to Pursue Discovery Pursuant To Habeas Corpus Rule 6 (A), Plaintiff's First Set of Interrogatories and Request for Production of Documents Directed to Defendants, And Motion for Appointment of Counsel.

     I do not know if the Court has reviewed these documents, will you please send me confirmation if they have been; or inform me when they are. Thank You.

Respectfully submitted,

Dated: December 3, 2007

Steven W. Krafchick (Pro-se)
SBI# 00178856
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Cc.    Clerk of Court Mr. Peter T. Dalleo
        States District Attorneys Office representing
        Defendants Elizabeth E. Burris, Acting Warden,
        and Joseph R. Biden, III, Attorney General of the State of Delaware.

## CERTIFICATE OF SERVICE

I, Steven W. Krafchick, herby certify that I have served a true and correct copy of the attached correspondence with the Clerk of the District Court request the status of the States motion for extension of time to file and status of petitioner's motions that are before the Court upon the following parties/person:

|  |  |  |  |
|---|---|---|---|
| To: | Office of the Clerk<br>United States District Court<br>844 N. King Street, Lockbox 18<br>Wilmington, Delaware 19801-3570 | To: | Elizabeth R. McFarlan<br>Deputy Attorney General<br>820 N. French Street<br>Wilmington, Delaware 19801<br>Del. Bar. ID No. 3759 |

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail located at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 3rd day of December, 2007

Steven W. Krafchick (Pro-se)
SBI# 00178856
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

I/M Steven W. Krafchick
SBI# 178856   UNIT V- Bldg
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
04 DEC 2007 PM 3 L

Office of the Clerk,
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570

*Legal Mail