IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **STEVEN W. KRAFCHICK**, | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : Civ. Act. No. 07-284-GMS |
| | : |
| **ELIZABETH BURRIS**, Acting Warden, | : |
| and **JOSEPH R. BIDEN, III**, Attorney | : |
| General of the State of Delaware, | : |
| | : |
| Respondents. | : |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware Superior Court documents in ID 0101010946 have been manually filed with the Court and are available in paper form only:

    a. Superior Court Criminal Docket

    b. Motion for Postconviction Relief (Dkt Item 58)

    c. Amendment to Postconviction Motion (Dkt Item 63)

    d. Affidavit of Defense Counsel in Response to Rule 61 Motion for Postconviction Relief (Dkt Item 65)

    e. Memorandum of Law in Support of Motion for Appointment of Counsel (Dkt Item 69) (with Motion for Postconviction Relief (Dkt Item 85) attached)

    f. Appendix to Motion for Postconviction Relief (3 parts).

2. A request for certified copies of the briefs, appendices, motions, and orders in the following Delaware Supreme Court cases has been made to the Clerk of the Delaware Supreme Court and will be filed as soon as received from the Clerk:

    a. No. 135, 2002

      b. No. 124, 2005

      c. No. 555, 2006.

|  |  |
|---|---|
|  | /s/ Elizabeth R. McFarlan |
|  | Deputy Attorney General (Del. Bar. ID #. 3759) |
|  | Department of Justice |
|  | 820 N. French Street |
|  | Wilmington, DE 19801 |
|  | (302) 577-8500 |
| December 6, 2007 | elizabeth.mcfarlan@state.de.us |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2007, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on December, 2007, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Steven W. Krafchick
    No. 00178856
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us