**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **STEVEN W. KRAFCHICK**, : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Civ. Act. No. 07-284-GMS |
| : | |
| **ELIZABETH BURRIS**, Acting Warden, : | |
| and **JOSEPH R. BIDEN, III**, Attorney : | |
| General of the State of Delaware, : | |
| : | |
| Respondents. : | |

**NOTICE OF SUPPLEMENTAL FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

    a. Appellant's Opening Brief & Appendix (No. 135, 2002)

    b. State's Answering Brief & Appendix (No. 135, 2002)

    c. Order (No. 135, 2002) (December 11, 2002)

    d. Response to Order of Remand (No. 135, 2002)

    e. Appellant's Opening Supplemental Memorandum (No. 135, 2002)

    f. State's Answering Supplemental Memorandum (No. 135, 2002)

    g. Order (No. 135, 2002) (May 8, 2003)

    h. Appellant's Opening Brief & Appendix (No. 124, 2005)

    i. State's Answering Brief (No. 124, 2005)

    j. Appellant's Reply Brief & Appendix (No. 124, 2005)

    k. Order (No. 124, 2005) (January 17, 2006)

    l. Appellant's Motion for Reargument (No. 124, 2005)

      m.  Order (No. 124, 2005) (January 31, 2006)

      n.  Appellant's Opening Brief & Appendix (No. 555, 2006)

      o.  State's Motion to Affirm (No. 555, 2006)

      p.  Order (No. 555, 2006) (April 26, 2007)

      q.  Appellant's Motion for Reargument (No. 555, 2006)

      r.  Order (No. 555, 2006) (May 14, 2007).


/s/ Elizabeth R. McFarlan
Deputy Attorney General (Del. Bar. ID # 3759)
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
elizabeth.mcfarlan@state.de.us

December 21, 2007

**CERTIFICATE OF SERVICE**

     I hereby certify that on December 21, 2007, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on December 21, 2007, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Steven W. Krafchick
    No. 00178856
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us