To:    Clerk of Court
        Peter T. Dalleo
        United States District Court
        844 King Street
        Wilmington, DE 19801

Civil Action No. 07-284-GMS

From:  Steven W. Krafchick (Pro-se)
         Delaware Correctional Center
         1181 Paddock Road
         Smyrna, DE 19977

Dated: January 8, 2008

Re:    Status of Case



Dear Mr. Dalleo,

      Could you please send a docket sheet and the status of my pending civil action pursuant to 28 § 2254 Federal Habeas Corpus proceeding. Thank You.

                                                    Steven W. Krafchick (Pro-se)
                                                    Delaware Correctional Center
                                                    1181 Paddock Road
                                                    Smyrna, DE 19977