IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEVEN W. KRAFCHICK, | : | |
| Petitioner, | : | |
| v. | : | Civil Action No. 07-284-GMS |
| ELIZABETH BURRIS, Acting Warden, and JOSEPH R. BIDEN, III, Attorney General of the State of Delaware. | : | |
| Respondents. | : | |

### ORDER

This _22nd_ day of _Jan._, 2008

WHEREAS, petitioner having requested an extension of time in which to file an answer, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension to be granted.

IT IS HEREBY ORDERED that petitioners answer shall be filed on or before January 24, 2008.

_____
United States District Judge

FILED

JAN 2 3 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE