IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN W. KRAFCHICK, § | |
| § | |
| Petitioner, § | |
| § | |
| § | |
| v. § | Civil Action No. 07-284-GMS |
| § | |
| § | |
| ELIZABETH BURRIS, Acting Warden, § | |
| and JOSEPH R. BIDEN, III Attorney § | |
| General of the State of Delaware, § | |
| § | |
| § | |
| Respondents. § | |



FILED

JAN 2 8 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6 of the Federal Rules of Civil Procedures, petitioner moves this Honorable Court for an extension of time in which to file the petitioner's reply brief to the Defendants answering brief in this case.

In support of this motion, the following exist:

1. The petitioner is currently an inmate at the Delaware Correctional Center in Smyrna Delaware, and has filed a motion for Habeas Corpus Relief from this Court.

2. The Law Library at this facility is hindering the Petitioner by the unreliable times that are offer, which strictly limits the petitioner's time for research and preparing his reply brief.

3. The Petitioner has already ask this Court for two extensions in which to file, however, they were not sufficient enough to help the petitioner finish his brief.

4. The Petitioner is diligently working on his reply to this Court and brings this motion for an extension in "good faith".

5. The Petitioner only receives 3-5 hrs each session that he attends at the law library.

In conclusion, it is beyond the control of the petitioner to get enough time to finish his brief; therefore, the Petitioner prays that this Honorable Court will grant this final and last request for an extension.

This is the Petitioner's third and very last request for an extension of time pursuant to Rule 6 of the Federal Rules of Civil Procedures.

Petitioner submits that an extension of time to and including to February 22, 2008 would give sufficient time to finish and submit the petitioner's reply brief. Petitioner submits herewith a proposed order

Dated: Wednesday, January 23, 2008

Steven W. Krafchick (Pro-se)
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## RULE 7.1.1 CERTIFICATION

I hereby certify that I have neither sought nor obtained the consent of the Defendants, or their appointed attorney the Attorney General of the State of Delaware due to the time restrains on the petitioner at this time.

Dated: Wednesday, January 23, 2008

_____
Steven W. Krafchick (Pro-se)
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEVEN W. KRAFCHICK, | § § § | |
| Petitioner, | § § § | |
| v. | § § § | Civil Action No. 07-284-GMS |
| ELIZABETH BURRIS, Acting Warden, and JOSEPH R. BIDEN, III Attorney General of the State of Delaware, | § § § § § § | |
| Respondents. | § | |

**ORDER**

This_____day of_____, 2008

WHEREAS, petitioner having requested an extension of time in which to file an reply and

WHEREAS, it appears to the Court that the request is made in "good faith" in addition, a good cause has been established and shown and is not meant for neither delay, nor the review of the case.

IT IS HEREBY ORDERED that petitioner's reply brief will expected be filed on or before February 22, 2008, and no further extension will be granted.

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2008, I Steven W. Krafchick have generated a true correct copy of the petitioner's motion for an extension of time to file and have served upon the following parties/person(s):

To:  Elizabeth R. McFarlin  
     Deputy Attorney General  
     Department of Justice  
     820 N. French Street  
     Wilmington, DE 19801  

To:  Clerk of Court  
     Peter T. Dalleo  
     United States District Court  
     844 King Street  
     Wilmington, DE 19801  

By placing in a sealed envelope and placing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977 on this 23rd day of the month of January 2008.

Dated: Wednesday, January 23, 2008

                                              Steven W. Krafchick (Pro-se)  
                                              Delaware Correctional Center  
                                              1181 Paddock Road  
                                              Smyrna, DE 19977

IM Steven Kraskvick
SBI# 126556   UNIT V-Bldg
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

*Legal Mail

WILMINGTON DE 197
25 JAN 2008 PM 1 T

U.S.M.S
X-RAY

Clerk of Court (Peter Dalleo)
United States District Court
844 King Street, Lockbox 18
Wilmington, Delaware
19801-3570