IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

To: Mr. Peter T. Dalleo
Clerk of Court
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

Civil Action No. 07-284-GMS

From: Mr. Steven W. Krafchick (Pro-se)
SBI# 00178856
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware  19977



Dated: February 15, 2008

RE: KRAFCHICK v. ELIZABETH E. BURRIS, Action Warden,
and JOSEPH R. BIDEN, III, Attorney General of the State of Delaware.

To Whom It May Concern:

I, Steven W. Krafchick, petitioner in the above titled motion hereby request the status of the following motions before this Honorable Court.

On January 3, 2008, the petitioner sent a Notice of Deficient Record to This Honorable Court. The Petitioner wanted to inform the Court that the prothonotary office failed to provide all relevant portions of record to the Court. This in turn made the record deficient. They did not include parts of the record which the supports that the petitioner did file and present all relevant arguments to the courts of Delaware.

KRAFCHICK v. ELIZABETH E. BURRIS, Action Warden,
and JOSEPH R. BIDEN, III, Attorney General of the State of Delaware

Petitioner not hearing from this notice then prepared his reply brief to this Court and filed said brief on February 3, 2008 by way of the United States Mail. Included with the filing of that brief, the petitioner also sent a Motion for Expansion of Record and supplied this Court with the part of the record that was not included from the prothonotary office.

In addition, the petitioner also has three motions before the Court and as far as the petitioner knows, this Court has not made any ruling on them. The previous mentioned motions are respectfully: (1) Petitioner's Request for Leave of the Court to Pursue Discovery (2) Motion to Appoint Counsel and (3) Petitioner's First Set of Interrogatories and Request for Production of Documents Directed to Respondents.[1]

As of this date February 15, 2008, I do not know if the Court has received all of my motions. Could you send confirmation that the Court has received all the motions stated in this document and send me a current docket sheet listing all of the said motions.

I certify that the information provided in this document is true and correct and that I make this request in good faith.

Respectfully submitted,

Mr. Steven W. Krafchick (Pro-se)
SBI# 00178856
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware  19977

Cc:   Clerk of Court Mr. Peter T. Dalleo
      Elizabeth R. McFarlan
      Deputy Attorney General
      Representing the Respondents

---

[1] District Court Docket Entries 30, 31, 32.

KRAFCHICK v. ELIZABETH E. BURRIS, Action Warden,
and JOSEPH R. BIDEN, III, Attorney General of the State of Delaware

## CERTIFICATE OF SERVICE

I, Steven W. Krafchick, hereby certify that I have served a true and correct copy (ies) of the attached document upon the following person/parties:

To:  Mr. Peter T. Dalleo         To:  Elizabeth R. McFarlan
     Clerk of Court                   Deputy Attorney General
     United States District Court     820 N. French Street
     844 N. King Street, Lockbox 18   Wilmington, Delaware 19801
     Wilmington, Delaware 19801-3570

BY PLACING SAME IN A SEALED ENVELOPE, and placing same in the United States Mail located at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, Delaware 19977.

On this 15 day of February, 2008

Mr. Steven W. Krafchick (Pro-se)
SBI# 00178856
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware  19977

IM S. Krafchick
SBI# 178856    UNIT V - Bldg.
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

*Legal Mail

WILMINGTON DE 197
20 FEB 2008 PM 3 L

Clerk of Court (Mr. Peter T. Dalleo)
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570