OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 25, 2008

TO:  Steven W. Krafchick
     #178856
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977


     *RE:  Status of 07-284(GMS)*

Dear Mr. Krafchick:

     This office received a letter from you requesting the status
of your case. Your case is assigned to the Honorable Gregory M.
Sleet, and is pending before the Court.  You will be advised by the
Court as to further developments in your case. A courtesy copy of
the docket sheet is enclosed.

     I trust that this letter answers your questions concerning
this matter.  Nothing contained in this letter is intended to
express an opinion as to the merits of any claim which you may be
alleging.


                              Sincerely,

/ead                          PETER T. DALLEO
                              CLERK


cc:  The Honorable Gregory M. Sleet
enc: Docket Sheet