IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

STEVEN W. KRAFCHICK,                )
                                    )
    Petitioner,                     )
                                    )
v.                                  )   Civil Action No. 07-284-GMS
                                    )
PERRY PHELPS, Warden,               )
and JOSEPH R. BIDEN III,            )
Attorney General of the State of    )
Delaware,                           )
                                    )
    Respondents.[1]                 )

**ORDER**

At Wilmington this 14th day of April, 2008;

IT IS ORDERED that:

Petitioner Steven W. Krafchick's motion to expand the record with certain state court filings attached to his motion is **GRANTED**. (D.I. 48)

CHIEF, UNITED STATES DISTRICT JUDGE

FILED

APR 15 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

[1] Warden Perry Phelps assumed office in January 2008, replacing warden Thomas Carroll, an original party to this proceeding. *See* Fed. R. Civ. P. 25(d)(1).